1

2

3

4

5

6                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    MICHAEL YOUNG,

9                          Plaintiff,              Case No. C25-2300-JNW

10         v.                                      ORDER GRANTING APPLICATION
                                                   TO PROCEED *IN FORMA PAUPERIS*
11   JEFF BEZOS, *et al.*,

12                         Defendants.

13

14         Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-

15   entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford the $405.00

16   filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 4) is GRANTED. Plaintiff

17   shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of

18   any other cost(s) of litigation.

19         The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal

20   N. Whitehead.

21         Dated this 20th day of November, 2025.

22

23
                                            _____
                                            MICHELLE L. PETERSON
                                            United States Magistrate Judge